UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LaKEISTA MAXWELL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 4:11CV1315 CDP |
| EXPRESS SCRIPTS, INC., | ) ) ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

Defendant Express Scripts, Inc. has moved to stay this matter pending plaintiff LaKeista Maxwell's appeal, or, in the alternative, for an extension of time to file its answer. I will stay the case until Maxwell's appeal has concluded.

Accordingly,

**IT IS HEREBY ORDERED** that the defendant's motion to stay [#26] is granted. The Rule 16 Scheduling Conference set for May 9, 2012 is vacated. The defendant's obligation to file its answer and the parties' obligation to file a joint scheduling plan is postponed. No further action will take place in this case until further order.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of April, 2012.