UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LaKEISTA MAXWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11CV1315 CDP |
| ) | |
| EXPRESS SCRIPTS, INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

On March 22, 2012, I issued an Order granting in part and denying in part defendant Express Scripts, Inc.'s motion to dismiss and motion for summary judgment. Plaintiff LaKeista Maxwell then appealed that decision. On April 9, 2012, I granted Express Script's motion to stay this proceeding pending the resolution of Maxwell's appeal. On June 20, 2012, the United States Court of Appeals for the Eighth Circuit granted a motion to dismiss Maxwell's appeal for lack of jurisdiction. As such, this case will proceed on the remaining claims.

Accordingly,

**IT IS HEREBY ORDERED** that:

1. The stay imposed on this case is lifted.

2. The defendant shall file an answer to the Complaint within fourteen (14) days of the date of this order.

3. The Rule 16 Scheduling Conference previously vacated is reset for **Friday August 24, 2012 at 10:00 a.m.** in Courtroom 14-South. The parties should refer to my Order [#21] in preparation for the Conference, and the Joint Scheduling Plan is now due no later than **Friday August 17, 2012**.

*Catherine D. Perry*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of July, 2012.